**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____     Chapter __7__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **St. Anselm Exploration Company** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1127864** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8461 Turnpike Drive, Suite 203**<br>**Westminster, CO 80031**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Adams**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.stanselmexploration.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **St. Anselm Exploration Company**                                 Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **2111**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **St. Anselm Exploration Company**                    Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **St. Anselm Exploration Company**                                Case number *(if known)* _____
          Name

███  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 / 25 / 2016
             MM / DD / YYYY

X  _Mark S. P_____          **Mark S. Palmer**
   Signature of authorized representative of debtor          Printed name

Title   **Vice President**

**18. Signature of attorney**

X  _____          Date  4/25/16
   Signature of attorney for debtor                MM / DD / YYYY

   **Kevin S. Neiman**
   Printed name

   **Law Offices of Kevin S. Neiman, pc**
   Firm name

   **1621 18th Street**
   **Suite 260**
   **Denver, CO 80202**
   Number, Street, City, State & ZIP Code

   Contact phone  **(303) 996-8637**      Email address   **kevin@ksnpc.com**

   **36560**
   Bar number and State

**Fill in this information to identify the case:**

Debtor name   **St. Anselm Exploration Company**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **25 APRIL 2016**   x _____
                                           Signature of individual signing on behalf of debtor

                                           **Mark S. Palmer**
                                           Printed name

                                           **Vice President**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **St. Anselm Exploration Company**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................................  $   **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................  $   **1,229,986.16**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................  $   **1,229,986.16**

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $   **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $   **22,982.50**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................  +$   **65,487,262.91**

4.   **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $   **65,510,245.41**

**Fill in this information to identify the case:**

Debtor name **St. Anselm Exploration Company**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **US Bank** | **Checking** | **2986** | **$98.76** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | |
   |---|---|
   | | **$98.76** |

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.
   ☐ Yes Fill in the information below.

### Part 4:     Investments

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ☑ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **St. Anselm Exploration Company**                     Case number *(If known)* _____
　　　　　Name

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**　**Mutual funds or publicly traded stocks not included in Part 1**
　　　Name of fund or stock:

**15.**　**Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
　　　Name of entity:　　　　　　　　　　　　　　% of ownership

| | | | |
|---|---|---|---|
| 15.1. | **Membership Interest in Terra Caliente, LLC** | **75.735** % | **Unknown** |
| 15.2. | **Membership Interest in St. Anselm KXP, LLC** | **100** % | **Unknown** |
| 15.3. | **Membership Interest in SA Terra Net, LLC** | **2.1937** % | **Unknown** |

**16.**　**Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
　　　Describe:

**17.**　**Total of Part 4.**
　　　Add lines 14 through 16.  Copy the total to line 83.　　　　　　　　　　　**$0.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

　■ No.  Go to Part 6.
　☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　■ No.  Go to Part 7.
　☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　☐ No.  Go to Part 8.
　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.**　**Office furniture**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor  **St. Anselm Exploration Company**                    Case number *(If known)* _____
        Name

**Matchstick Boat**
**3 8x10 Rugs**
**4 Brown Leather Dining Chairs**
**3 Desk Chairs**
**4 Guest Chairs**
**Console Table**
**Floor Lamp**
**5 4-Drawer Lateral Filing Cabinets**
**1 2-Drawer Lateral Filing Cabinet**
**4 2-Drawer Small Rolling Filing Cabinets**
**3 Bookshelves**
**2 Desks**
**Set of Kitchen Plates/Bowls/Mugs**
**Set of Kitchen Utensils**
**Mismatched Set of Glasses**
**Microwave**
**Map Rack**
**Miscellaneous Office Supplies**
**4 Desktop Computer with Monitors**
**Server and Phone Equipment**
**1 Color Printer**
**2 Desktop Laser Printers**                         **Unknown**                            **Unknown**

---

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and
      communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                          | **$0.00** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor | | (Where available) | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **St. Anselm Exploration Company**     Case number *(If known)* _____
       Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **8461 Turnpike Drive, Suite 203 Westminster, CO 80031** | Subleasehold | $0.00 | | $0.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

                                                                   **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) **Terra Caliente 8461 Turnpike Drive Suite 203 Westminster, CO 80031** | **886,999.46** - Total face amount | **0.00** = doubtful or uncollectible amount |
| | | | **$886,999.46** |
| | **Michael Zakroff P.O. Box 19643 Boulder, CO 80308** | **237,081.76** - Total face amount | **0.00** = doubtful or uncollectible amount |
| | | | **$237,081.76** |
| | **Anna M.R. Wells 736 Holland Street Lakewood, CO 80215** | **105,806.18** - Total face amount | **0.00** = doubtful or uncollectible amount |
| | | | **$105,806.18** |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **St. Anselm Exploration Company** | Case number *(if known)* |
|---|---|---|
| | <sub>Name</sub> | |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Overriding royalty interests in the following projects:**

**Bishop 10-5-H ORRI (0.000187790%)**
**WY001**
**Paid by Eighty-Eight Oil**
**Average $37.31 per year**

**Jump Start #1 ORRI (0.00765%)**
**NM0433**
**Paid by Nadel and Gussman Permian**
**Average $1,003.37 per year**

**Hatch Point ORRI (0.00114563%)**
**UT0010**
**Paid by Fidelity Exploration and Whiting O & G**
**Average $452.06 per year**

**UTD Kidd #20-16 ORRI (0.00001112%)**
**UT0018**
**Paid by Newfield Production Company**
**Average $4,037.98 per year**                                          **Unknown**

---

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                    | **$1,229,887.40** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **St. Anselm Exploration Company**                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $98.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,229,887.40 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,229,986.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,229,986.16 |

| Fill in this information to identify the case: |
| --- |

Debtor name   **St. Anselm Exploration Company**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **St. Anselm Exploration Company**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Tania Hattig**<br>**9849 Shoreline Drive**<br>**Longmont, CO 80504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,475.00** | **$12,475.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**12/2015-1/2016** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>**Vicki L Mullinax**<br>**1133 Race Street #16N**<br>**Denver, CO 80206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,507.50** | **$10,507.50** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**12/2015-3/2016** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **St. Anselm Exploration Company**                    Case number (if known) _____
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,371.23 |
|---|---|---|---|

**A. Lee Straughan**
**1129 Cuatro Cerros SE**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Note payable

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282,352.68 |
|---|---|---|---|

**Aida M Rivas**
**10501 Cedar Lake Road, Apt #504**
**Minnetonka, MN 55305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Note payable

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262,685.04 |
|---|---|---|---|

**Albert and Cindy Zeni**
**36 Glenwood Road**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Note payable

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.94 |
|---|---|---|---|

**All American Records Management, Inc.**
**15580 E Hinsdale Circle, Suite A**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2016

Basis for the claim:  Document storage

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**American Association of Petroleum Geolog**
**P.O. Box 843306**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2015

Basis for the claim:  Association dues

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,226.03 |
|---|---|---|---|

**American Chiropractic Clinic**
**3140 Garden Oaks Drive**
**New Orleans, LA 70114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Note payable

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,231.34 |
|---|---|---|---|

**Ann Marie Salem**
**14 Conard Court**
**Hillsborough, NJ 08844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Note payable

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **St. Anselm Exploration Company**                                Case number *(if known)* _____
_____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,718.52 |

**Anthony and Sylvana Bevacqua**
**17-14 Split Rock Road**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197,631.12 |

**Anthony G and Julie Pino**
**8605 Capulin Road NE**
**Albuquerque, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,599.57 |

**Artos Eleanor Foster Trust Judy Blencowe**
**19358 Titleist Way**
**Redding, CA 96003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $368.00 |

**Aspen Laser and Technologies**
**1551 S. Sunset Street, Suite D**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2016-3/2016**

Basis for the claim:  **Copier servicing**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864,237.63 |

**Baca's Trees, Inc. Profit Sharing Trust**
**7933 Edith Blvd NE**
**Albuquerque, NM 87113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160,181.88 |

**Barry and Ellen Heyman**
**8706 Side Saddle Road**
**Springfield, VA 22152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,204.60 |

**Bernadette M Meyer**
**P.O. Box 91883**
**Albuquerque, NM 87199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **St. Anselm Exploration Company** | Case number (if known) | |
|--------|-----------------------------------|------------------------|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270,030.51** |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|
| | **Bernard L Romero** <br> **760 Old Las Vegas Highway** <br> **Santa Fe, NM 87505** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,416.61** |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|
| | **Bradford and Muriel Hattig** <br> **3401 Meining Road** <br> **Berthoud, CO 80513** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147,698.33** |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|
| | **Bradley and Elizabeth Wittman** <br> **38 Santa Ana Loop** <br> **Placitas, NM 87043** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,975.00** |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|
| | **Brent C Thompson** <br> **1171 Clayburn Lane** <br> **San Jose, CA 95121** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,758.15** |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|
| | **Brian T and Anne L Brown** <br> **2900 South Diablo Way, Suite 190** <br> **Tempe, AZ 85282** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$269,325.00** |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------------|
| | **Bruce A Burns** <br> **6121 Indian School Road NE #101** <br> **Albuquerque, NM 87110** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,649,283.72** |
|------|--------------------------------------------------|-----------------------------------------------------------------------|--------------------|
| | **Bruce Thompson** <br> **3569 Sunnygate Court** <br> **San Jose, CA 95117** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **St. Anselm Exploration Company** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address
**Bryan and Jennifer Huffaker**
**11820 Anaheim Avenue NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$53,662.50**

---

**3.23** | Nonpriority creditor's name and mailing address
**Calvin and Darlene Hyer**
**1212 Pennsylvania Street NE**
**Albuquerque, NM 87110**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$129,740.74**

---

**3.24** | Nonpriority creditor's name and mailing address
**Calvin Hyer Jr Attorney at Law P.A.**
**Pension Plan and Trust**
**1212 Pennsylvania Street NE**
**Albuquerque, NM 87110**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$107,722.60**

---

**3.25** | Nonpriority creditor's name and mailing address
**Camille S Stueber**
**137 Carlito Road NW**
**Albuquerque, NM 87107**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$253,339.71**

---

**3.26** | Nonpriority creditor's name and mailing address
**Carla Kosinski Deceased c/o Jill Plaman**
**1442 Honeysuckle Drive NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$82,241.36**

---

**3.27** | Nonpriority creditor's name and mailing address
**Carolyn Mowery**
**1694 W Glendale Avenue, Apt #362**
**Phoenix, AZ 85021**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$64,073.22**

---

**3.28** | Nonpriority creditor's name and mailing address
**Charles and Elizabeth Brannen**
**159 Shiloh Circle**
**Durango, CO 81303**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$107,963.01**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **St. Anselm Exploration Company**                     Case number (if known) _____
          Name

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$359,242.62** |
|------|---|---|---|

**Charles Schwab and Co Frank L Spring
401K Profit Sharing Plan and Trust**
P.O. Box 52114
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,599.15** |
|------|---|---|---|

**Charlotte Friend**
15 Orme Court
Saint Paul, MN 55116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,625.00** |
|------|---|---|---|

**Cindy Little**
2210 Cemetery Road NW
Piedmont, OK 73078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,419.23** |
|------|---|---|---|

**CitiBusiness Card**
P.O. Box 78045
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2014-2/2016

**Basis for the claim:  Credit card debt**

Last 4 digits of account number  5486

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107,325.00** |
|------|---|---|---|

**Clarence M or Jena Baca**
508 Marys Way NW
Albuquerque, NM 87107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,012.18** |
|------|---|---|---|

**Clifford and Frances Dewent**
504 Aragon SE
Albuquerque, NM 87123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$245,359.29** |
|------|---|---|---|

**Coleman A Riley**
272 Hackamore Common
Fremont, CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **St. Anselm Exploration Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,390.04** |
|---|---|---|---|
| | **Colleen Loop** | ☐ Contingent | |
| | **17772 Calle Central** | ☐ Unliquidated | |
| | **Morgan Hill, CA 95037** | ☐ Disputed | |
| | **Date(s) debt was incurred 1/2013** | **Basis for the claim: Note payable** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,312.50** |
|---|---|---|---|
| | **Dallas and Jackee Mickey** | ☐ Contingent | |
| | **3905 Pitt Street NE** | ☐ Unliquidated | |
| | **Albuquerque, NM 87111** | ☐ Disputed | |
| | **Date(s) debt was incurred 1/2013** | **Basis for the claim: Note payable** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104,625.00** |
|---|---|---|---|
| | **Daniel and Marsha Mowery** | ☐ Contingent | |
| | **Revocable Trust DTD 12/26/06** | ☐ Unliquidated | |
| | **06 Vista De Oro** | ☐ Disputed | |
| | **Placitas, NM 87043** | | |
| | **Date(s) debt was incurred 1/2013** | **Basis for the claim: Note payable** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107,325.00** |
|---|---|---|---|
| | **Daniel and Shawn Blackwood** | ☐ Contingent | |
| | **1682 Tierra del Rio NW** | ☐ Unliquidated | |
| | **Albuquerque, NM 87107** | ☐ Disputed | |
| | **Date(s) debt was incurred 1/2013** | **Basis for the claim: Note payable** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110,815.13** |
|---|---|---|---|
| | **Darin and Elizabeth Dunford** | ☐ Contingent | |
| | **835 Summerhill Court** | ☐ Unliquidated | |
| | **Encinitas, CA 92024** | ☐ Disputed | |
| | **Date(s) debt was incurred 1/2013** | **Basis for the claim: Note payable** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,944.48** |
|---|---|---|---|
| | **Darin Dunford** | ☐ Contingent | |
| | **835 Summerhill Court** | ☐ Unliquidated | |
| | **Encinitas, CA 92024** | ☐ Disputed | |
| | **Date(s) debt was incurred 1/2013** | **Basis for the claim: Note payable** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,472.00** |
|---|---|---|---|
| | **David D Allyn** | ☐ Contingent | |
| | **144 Rancho Alegre Road** | ☐ Unliquidated | |
| | **Santa Fe, NM 87508** | ☐ Disputed | |
| | **Date(s) debt was incurred 1/2013** | **Basis for the claim: Note payable** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **St. Anselm Exploration Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$420,010.63** |
|---|---|---|---|
| | **David L Levick Trust**<br>**263 Water Street**<br>**Apalachicola, FL 32320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/2013 | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,046,250.00** |
|---|---|---|---|
| | **David Morse**<br>**7250 Whippoorwill Lane**<br>**Albuquerque, NM 87109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/2013 | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,818.64** |
|---|---|---|---|
| | **David W Meyer**<br>**P.O. Box 91883**<br>**Albuquerque, NM 87199** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/2013 | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,921.02** |
|---|---|---|---|
| | **Davis, Graham & Stubbs LLP**<br>**1550 17th Street, Suite 500**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/2012-4/2013 | **Basis for the claim:  Legal services** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,506.47** |
|---|---|---|---|
| | **Debbie Cosgrove**<br>**209 Far Hills Drive**<br>**Bolingbrook, IL 60440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/2013 | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$155,064.14** |
|---|---|---|---|
| | **Debora L Swanson**<br>**2240 Toniwood Lane**<br>**Palm Harbor, FL 34685** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/2013 | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$289,490.39** |
|---|---|---|---|
| | **Dennis and Sharon Baca**<br>**4416 De La Cruz NW**<br>**Albuquerque, NM 87107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/2013 | **Basis for the claim:  Note payable** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **St. Anselm Exploration Company**                     Case number *(if known)*
_____
Name

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63,118.98 |
|---|---|---|---|

**Dennis M DeMaria**
**4606 62nd Avenue East**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69,779.28 |
|---|---|---|---|

**Dennis Royer**
**P.O. Box 401**
**Peralta, NM 87042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120,614.55 |
|---|---|---|---|

**Diamond Trust**
**P.O. Box 16112**
**9000 Camino Del Sol NE**
**Albuquerque, NM 87191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $109,473.72 |
|---|---|---|---|

**Diana Barnett**
**1624 Mira Lago Circle**
**Ruskin, FL 33570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75,679.06 |
|---|---|---|---|

**Doris E St. Clair M.D.**
**616 Hunter Road**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $127,580.55 |
|---|---|---|---|

**Doug and Vicki Sigg**
**434 Dove Lane**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $159,101.20 |
|---|---|---|---|

**Edward M Smyth**
**308 Chestnut Bend**
**Colleyville, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **St. Anselm Exploration Company**
_____
Name

Case number (if known) _____

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $523,125.00 |
|---|---|---|---|

**Empyrean Holdings, LLC c/o Praem Singam**
**13610 Imperial Hwy, Suite 5**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,832.19 |
|---|---|---|---|

**Eric and Barbara Wellner**
**348 Heath Road**
**Bremen, ME 04551**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379,941.78 |
|---|---|---|---|

**Eric F Wellner**
**348 Heath Road**
**Bremen, ME 04551**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,090.00 |
|---|---|---|---|

**Etkind Living Trust DTD 12/11/08**
**Larry S and Cynthia M Etkind Trustees**
**3456 Todd Way**
**San Jose, CA 95124**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209,250.00 |
|---|---|---|---|

**Etkind Revocable Living Trust**
**Steven S and Sherry J Etkind TTEE**
**4429 Glenwood Hills Drive**
**Albuquerque, NM 87111**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $794,797.44 |
|---|---|---|---|

**Flores Brothers LLC c/o Tony Flores**
**2 Dorey Way**
**Monterey, CA 93940**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,382.50 |
|---|---|---|---|

**Flores Family Trust Dated 12/22/95**
**2 Dorey Way**
**Monterey, CA 93940**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | St. Anselm Exploration Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address
Frank J Hovorka
P.O. Box 14979
Albuquerque, NM 87191

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$407,749.70**

---

**3.65** | Nonpriority creditor's name and mailing address
Frank L Spring
4904 Guadalupe Trail NW
Albuquerque, NM 87107

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$63,928.05**

---

**3.66** | Nonpriority creditor's name and mailing address
Frank or Corina Luchini c/o Steven Luchi
P.O. Box 333
920 Camino De Mesa
Truth Or Consequences, NM 87901

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$466,081.48**

---

**3.67** | Nonpriority creditor's name and mailing address
Frank Padilla Jr.
830 Parker Street
Newark, NJ 07104

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$103,950.00**

---

**3.68** | Nonpriority creditor's name and mailing address
G. Philip Matthews
2647 Hemingway Court
Arlington, TX 76006

Date(s) debt was incurred  6/2013-7/2015

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans**

Is the claim subject to offset? ■ No ☐ Yes

**$78,906.26**

---

**3.69** | Nonpriority creditor's name and mailing address
G. Philip Matthews
2647 Hemingway Court
Arlington, TX 76006

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notes payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,150,254.79**

---

**3.70** | Nonpriority creditor's name and mailing address
Gabbert Family LLC c/o Sandra McClane
1171 Molokai Drive
Tega Cay, SC 29708

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$66,332.25**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **St. Anselm Exploration Company**                        Case number (if known) _____

_____
Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,179.55** |
|---|---|---|---|

Gail Verver
1522 Skiles Blvd West
West Chester, PA 19382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215,937.59** |
|---|---|---|---|

Gambill 2002 Revocable Trust
Harold or Loretta Gambill TTEE
12245 Vista Arroyo Court
Saratoga, CA 95070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141,025.06** |
|---|---|---|---|

Gary and Lauri Grzelak
404 S Emerson Street
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,832.50** |
|---|---|---|---|

Gary Grzelak
404 S Emerson Street
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,194.31** |
|---|---|---|---|

George Herrera
7308 Gallinas NE
Albuquerque, NM 87109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268,691.61** |
|---|---|---|---|

George Perrault
11161 S Meads Avenue
Orange, CA 92869

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,742.47** |
|---|---|---|---|

Gregory E Martinez
5209 Deer Run Court
Lawrence, KS 66049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **St. Anselm Exploration Company**                    Case number *(if known)* _____
_____
Name

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,156.60**

**Harry and Elizabeth Bullock Trust**
**Elizabeth Bullock TTEE**
**P.O. Box 5424**
**Albuquerque, NM 87185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,602.06**

**Hattig Financial Company**
**710 Tenacity Drive, Suite 101**
**Longmont, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2016**

Basis for the claim:  **Sublease obligations**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,040.00**

**Hein & Associates LLP**
**1999 Broadway, Suite 4000**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2013-2/2016**

Basis for the claim:  **Accounting services**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280,928.99**

**Hermes Santiago**
**P.O. Box 35254**
**Albuquerque, NM 87176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264,706.32**

**Hilliard/White Realty Inc. Defined**
**Ben Plan Bill Hilliard and Barbara White**
**1400 FM 3388**
**Cooper, TX 75432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$485,595.00**

**Holy Mountain Forever Love**
**Family LLC c/o Jonathan Levann**
**234 4th Street**
**Ashland, OR 97520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,726.20**

**Ilah Jones**
**4 Dalton Trail**
**Sandia Park, NM 87047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | St. Anselm Exploration Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$690.69**

Integra
P.O. Box 2966
Milwaukee, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/2016**

**Basis for the claim:**  **Telephone and Internet**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$184,407.69**

J Edward Hollington & Assoc PA
Pension and Profit Plan
708 Marquette NW
Albuquerque, NM 87102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:**  **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$213,189.04**

Jack Flores or Alice Flores
332 Larkin Street
Monterey, CA 93940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:**  **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$131,551.31**

Jackee L Verhulst
3905 Pitt Street NE
Albuquerque, NM 87111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:**  **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67,032.16**

Jake R and Susan T Gaultney
Revocable Trust
5000 Midnight Vista NW
Albuquerque, NM 87114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:**  **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,371.23**

James MacGillivray
12046 Irish Mist Road NE
Albuquerque, NM 87122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:**  **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$583,750.17**

James Shultz
3908 Pitt Street NE
Albuquerque, NM 87111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:**  **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **St. Anselm Exploration Company** | | Case number (if known) | |
|--------|------------------------------------|---|------------------------|---|
| | Name | | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,156.25** |
|------|------|------|------|
| | **James Wilson** | ☐ Contingent | |
| | **1624 Krpan Drive** | ☐ Unliquidated | |
| | **Roseville, CA 95747** | ☐ Disputed | |
| | Date(s) debt was incurred  __1/2013__ | **Basis for the claim:**  __Note payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$131,551.31** |
|------|------|------|------|
| | **Jamison B Wiltse** | ☐ Contingent | |
| | **9409 Dona Marguerita Avenue NE** | ☐ Unliquidated | |
| | **Albuquerque, NM 87111** | ☐ Disputed | |
| | Date(s) debt was incurred  __1/2013__ | **Basis for the claim:**  __Note payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,742.47** |
|------|------|------|------|
| | **Janice B Dorn Trust** | ☐ Contingent | |
| | **3104 E Camelback Road #255** | ☐ Unliquidated | |
| | **Phoenix, AZ 85016** | ☐ Disputed | |
| | Date(s) debt was incurred  __1/2013__ | **Basis for the claim:**  __Note payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,986.14** |
|------|------|------|------|
| | **Jeannie Decanditis** | ☐ Contingent | |
| | **1084 Prairie Zinnia Drive** | ☐ Unliquidated | |
| | **Bernalillo, NM 87004** | ☐ Disputed | |
| | Date(s) debt was incurred  __1/2013__ | **Basis for the claim:**  __Note payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127,440.00** |
|------|------|------|------|
| | **Jeffrey and Victoria Hood** | ☐ Contingent | |
| | **949 Williamette Falls Drive** | ☐ Unliquidated | |
| | **West Linn, OR 97068** | ☐ Disputed | |
| | Date(s) debt was incurred  __1/2013__ | **Basis for the claim:**  __Note payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$569,115.82** |
|------|------|------|------|
| | **Jeffrey D Wiltse** | ☐ Contingent | |
| | **P.O. Box 11792** | ☐ Unliquidated | |
| | **Albuquerque, NM 87192** | ☐ Disputed | |
| | Date(s) debt was incurred  __1/2013__ | **Basis for the claim:**  __Notes payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$406,696.28** |
|------|------|------|------|
| | **Jeffrey Scott Salsman** | ☐ Contingent | |
| | **881 N Old Orchard** | ☐ Unliquidated | |
| | **Lewisville, TX 75077** | ☐ Disputed | |
| | Date(s) debt was incurred  __1/2013__ | **Basis for the claim:**  __Note payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **St. Anselm Exploration Company**                     Case number (if known) _____
         Name

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316,399.31 |

**Nonpriority creditor's name and mailing address**
**Jerry and Connie Davis**
**12700 Arrowhead Drive**
**Oklahoma City, OK 73120**

Date(s) debt was incurred  _1/2013_

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$316,399.31**

---

**3.100**
**Nonpriority creditor's name and mailing address**
**Jill Plaman**
**1442 Honeysuckle Drive NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred  _1/2013_

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$117,216.94**

---

**3.101**
**Nonpriority creditor's name and mailing address**
**Jimmie W. Davis Revocable Trust**
**6325 Isleta Blvd SW**
**Albuquerque, NM 87105**

Date(s) debt was incurred  _10/2009_

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Disputed note payable; creditor lost at trial level; on appeal at Tenth Circuit Court of Appeals**

Is the claim subject to offset? ☒ No ☐ Yes

**$270,992.62**

---

**3.102**
**Nonpriority creditor's name and mailing address**
**John and Cheryl Castonguay**
**3213 Calle de Estella NW**
**Albuquerque, NM 87104**

Date(s) debt was incurred  _1/2013_

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$80,493.75**

---

**3.103**
**Nonpriority creditor's name and mailing address**
**John and Patricia Bartolotta**
**12211 Mountain Haze Road NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred  _1/2013_

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$64,395.00**

---

**3.104**
**Nonpriority creditor's name and mailing address**
**John B Reed III**
**ROTH IRA Etrade Account #xxxx-8302**
**671 N Glebe Road, 10th Floor**
**Arlington, VA 22203**

Date(s) debt was incurred  _1/2013_

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$34,926.89**

---

**3.105**
**Nonpriority creditor's name and mailing address**
**John Benjamin Reed III**
**2124 Toronto Street**
**Pueblo, CO 81004**

Date(s) debt was incurred  _1/2013_

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☒ No ☐ Yes

**$105,348.55**

Debtor **St. Anselm Exploration Company**                    Case number *(if known)* _____
_____
Name

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,392.98** |
|---|---|---|---|
| | **John Bordnick** | ☐ Contingent | |
| | **2460-C Miguel Chavez Road** | ☐ Unliquidated | |
| | **Santa Fe, NM 87505** | ☐ Disputed | |
| | Date(s) debt was incurred _1/2013_ | **Basis for the claim:**  **Note payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$765,052.40** |
|---|---|---|---|
| | **John or Camille Stueber** | ☐ Contingent | |
| | **137 Carlito Road NW** | ☐ Unliquidated | |
| | **Albuquerque, NM 87107** | ☐ Disputed | |
| | Date(s) debt was incurred _1/2013_ | **Basis for the claim:**  **Note payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$156,827.94** |
|---|---|---|---|
| | **John W Thomas** | ☐ Contingent | |
| | **3923 Grove Avenue** | ☐ Unliquidated | |
| | **Richmond, VA 23221** | ☐ Disputed | |
| | Date(s) debt was incurred _1/2013_ | **Basis for the claim:**  **Notes payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,990.62** |
|---|---|---|---|
| | **Joshua and Tania Hattig** | ☐ Contingent | |
| | **9849 Shoreline Drive** | ☐ Unliquidated | |
| | **Longmont, CO 80504** | ☐ Disputed | |
| | Date(s) debt was incurred _1/2013_ | **Basis for the claim:**  **Note payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700,839.56** |
|---|---|---|---|
| | **Judith A Terry Living Trust** | ☐ Contingent | |
| | **Cynthia Little TTEE** | ☐ Unliquidated | |
| | **2210 Cemetery Road NW** | ☐ Disputed | |
| | **Piedmont, OK 73078** | | |
| | Date(s) debt was incurred _1/2013_ | **Basis for the claim:**  **Note payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$104,689.73** |
|---|---|---|---|
| | **Judith and George Blencowe** | ☐ Contingent | |
| | **19358 Titleist Way** | ☐ Unliquidated | |
| | **Redding, CA 96003** | ☐ Disputed | |
| | Date(s) debt was incurred _1/2013_ | **Basis for the claim:**  **Note payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$563,613.09** |
|---|---|---|---|
| | **Jules F Appleman Trust** | ☐ Contingent | |
| | **c/o Academy Plumbing** | ☐ Unliquidated | |
| | **8524 Indian School Road NE** | ☐ Disputed | |
| | **Albuquerque, NM 87112** | | |
| | Date(s) debt was incurred _1/2013_ | **Basis for the claim:**  **Note payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **St. Anselm Exploration Company**                                   Case number *(if known)*
_____
Name

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,203,286.81** |
|---|---|---|---|

**Julianne and William Murphy Jr.**
**Revocable Trust dated 4/22/13**
**9833 Shoreline Drive**
**Longmont, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,562.75** |
|---|---|---|---|

**Keelan or Rebecca Colvett**
**10 Sue Court**
**Tijeras, NM 87059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,941.20** |
|---|---|---|---|

**Kevin Allen**
**9113 Luna Del Oro NE**
**Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440,134.22** |
|---|---|---|---|

**Kevin and Carolyn Allen**
**9113 Luna Del Oro NE**
**Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,390.05** |
|---|---|---|---|

**Kevin Loop c/o Bruce Thompson**
**3569 Sunnygate Court**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,706.50** |
|---|---|---|---|

**Larry Etkind**
**3456 Todd Way**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209,250.00** |
|---|---|---|---|

**Larry Etkind or Norman Etkind**
**3456 Todd Way**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **St. Anselm Exploration Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$643,289.02** |

**Larry Unruh**
**14827 E Shadow Canyon Drive**
**Fountain Hills, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:** **Notes payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,094.21** |

**Leaf**
**P.O. Box 644006**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2016-3/2016**

**Basis for the claim:** **Copier lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$312,179.30** |

**Lee Bittenbender and Sandra Brown**
**930 Iowa Street**
**Lawrence, KS 66044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:** **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$443,547.42** |

**Lee R Bittenbender**
**930 Iowa Street**
**Lawrence, KS 66044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:** **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$53,035.89** |

**Leo Bartolucci c/o Laura Bartolucci**
**6612 Las Casitas Court NW**
**Los Ranchos, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:** **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$126,547.47** |

**Leonard or Carol Weiss**
**4818 Englewood Drive**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:** **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$322,220.04** |

**M & F Jafari Family Trust DTD 01/09/06**
**Mojtaba Jafari Trustee**
**3921 Emerald Street**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2010**

**Basis for the claim:** **Note payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **St. Anselm Exploration Company**                     Case number *(if known)* _____
        Name

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,423.46 |
|---|---|---|---|

**Mahnoosh Zamanloo or Tom Yarr**
**2339 Paloma Court #3**
**Pinole, CA 94564**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/2013_

**Basis for the claim:** __Note payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160,521.01 |
|---|---|---|---|

**Malcolm or Margaret Fraser**
**485 Woodside Road, Apartment 1352**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/2013_

**Basis for the claim:** __Note payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178,811.66 |
|---|---|---|---|

**Malcolm V Fraser**
**485 Woodside Road, Apartment 1352**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/2013_

**Basis for the claim:** __Note payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $523,125.00 |
|---|---|---|---|

**Marc Behar**
**1422 Jackson Avenue**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/2013_

**Basis for the claim:** __Note payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $361,078.44 |
|---|---|---|---|

**Marcel N Behar Living Trust**
**U/A Dated 10/10/96**
**3365-2G Punta Alta**
**Laguna Woods, CA 92637**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/2013_

**Basis for the claim:** __Note payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,566.43 |
|---|---|---|---|

**Maria Stella Flores**
**226 Larkin Street**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/2013_

**Basis for the claim:** __Note payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,162.54 |
|---|---|---|---|

**Marjorie Stein**
**Custodian for Joseph W Stein UGMA**
**151 Mildred Parkway**
**New Rochelle, NY 10804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/2013_

**Basis for the claim:** __Note payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **St. Anselm Exploration Company**
_____
Name

Case number (if known) _____

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192,859.52** |
|---|---|---|---|

**Mark and Marjorie Stein**
**151 Mildred Parkway**
**New Rochelle, NY 10804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$466,005.03** |
|---|---|---|---|

**Mark Housel**
**P.O. Box 36**
**Lakeview, NC 28350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$535,358.68** |
|---|---|---|---|

**Mark R Jaffe**
**9242 Hathaway Street**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,052,965.10** |
|---|---|---|---|

**Mark R Jaffe Living Trust**
**9242 Hathaway Street**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2010**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$696,845.96** |
|---|---|---|---|

**Mark S Palmer**
**2052 Martins Point Road**
**Kitty Hawk, NC 27949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$565,209.14** |
|---|---|---|---|

**Matthew M Cunningham**
**9308 Ruidoso NE**
**Albuquerque, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$266,861.13** |
|---|---|---|---|

**Melvyn D and Christy A Baron**
**438 Poinsettia Place SE**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **St. Anselm Exploration Company**                            Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*          **$173,591.51** |

3.141 | **Nonpriority creditor's name and mailing address**

**Meredity L Lowry**
**180 Van Ness Avenue**
**Ashland, OR 97520**

Date(s) debt was incurred   __1/2013__

Last 4 digits of account number   __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$173,591.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Note payable__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.142 | **Nonpriority creditor's name and mailing address**

**Michael and Malinda Menke**
**P.O. Box 968**
**Sandia Park, NM 87047**

Date(s) debt was incurred   __1/2013__

Last 4 digits of account number   __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$479,356.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Note payable__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.143 | **Nonpriority creditor's name and mailing address**

**Michael D Menke**
**P.O. Box 968**
**Sandia Park, NM 87047**

Date(s) debt was incurred   __1/2013__

Last 4 digits of account number   __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$1,344,617.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Note payable__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.144 | **Nonpriority creditor's name and mailing address**

**Michael J Richter**
**1322 Rosalia Avenue**
**San Jose, CA 95130**

Date(s) debt was incurred   __1/2013__

Last 4 digits of account number   __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$126,648.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Note payable__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.145 | **Nonpriority creditor's name and mailing address**

**Michael J Richter Profit Sharing Plan**
**N.F.S. FAO KWA-207314**
**P.O. Box 5123**
**Thousand Oaks, CA 91359**

Date(s) debt was incurred   __1/2013__

Last 4 digits of account number   __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$253,929.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Note payable__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.146 | **Nonpriority creditor's name and mailing address**

**Michael P Decanditis**
**1084 Prairie Zinnia Drive**
**Bernalillo, NM 87004**

Date(s) debt was incurred   __1/2013__

Last 4 digits of account number   __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$107,031.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Note payable__

Is the claim subject to offset? ☒ No ☐ Yes

---

3.147 | **Nonpriority creditor's name and mailing address**

**Michael Sollazzo**
**5920 Silkwood Way**
**Granite Bay, CA 95746**

Date(s) debt was incurred   __10/2013__

Last 4 digits of account number   __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$6,975.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   __Legal services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **St. Anselm Exploration Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148** | Nonpriority creditor's name and mailing address

**Michael Sollazzo**
**5920 Silkwood Way**
**Granite Bay, CA 95746**

Date(s) debt was incurred  __1/2013__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Note payable__

Is the claim subject to offset? ■ No ☐ Yes

**$31,441.59**

---

**3.149** | Nonpriority creditor's name and mailing address

**Michele L Murphy**
**14290 Navajo Street**
**Westminster, CO 80023**

Date(s) debt was incurred  __1/2013__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Note payable__

Is the claim subject to offset? ■ No ☐ Yes

**$529,435.79**

---

**3.150** | Nonpriority creditor's name and mailing address

**Michelle R Cunningham**
**9308 Ruidoso NE**
**Albuquerque, NM 87109**

Date(s) debt was incurred  __1/2013__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Note payable__

Is the claim subject to offset? ■ No ☐ Yes

**$565,209.14**

---

**3.151** | Nonpriority creditor's name and mailing address

**Mohammad Jafari**
**1613 Sagebrush Trail SE**
**Albuquerque, NM 87123**

Date(s) debt was incurred  __1/2013__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Note payable__

Is the claim subject to offset? ■ No ☐ Yes

**$152,150.55**

---

**3.152** | Nonpriority creditor's name and mailing address

**Morteza Jafari**
**13819 Winterwood Way SE**
**Albuquerque, NM 87123**

Date(s) debt was incurred  __1/2013__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Note payable__

Is the claim subject to offset? ■ No ☐ Yes

**$1,046,127.43**

---

**3.153** | Nonpriority creditor's name and mailing address

**MOS Enterprises, LLC**
**c/o Matthew Cunningham**
**8308 Ruidoso NE**
**Albuquerque, NM 87109**

Date(s) debt was incurred  __1/2013__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Note payable__

Is the claim subject to offset? ■ No ☐ Yes

**$86,929.83**

---

**3.154** | Nonpriority creditor's name and mailing address

**Mostafa Jafari**
**209 Serenity SE**
**Albuquerque, NM 87123**

Date(s) debt was incurred  __1/2013__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Note payable__

Is the claim subject to offset? ■ No ☐ Yes

**$643,352.41**

---

Debtor   **St. Anselm Exploration Company**                                    Case number (if known) _____
                        Name

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,072.96 |

**Moye White**
**1400 16th Street, 6th Floor**
**Denver, CO 80202**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **7/2014-3/2016**

Basis for the claim:  **Legal services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,915.34 |

**Nancy Wilson**
**1085 Mazzone Drive**
**San Jose, CA 95120**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,625.00 |

**Norman and Ginger Etkind**
**P.O. Box 82**
**Woodbury, VT 05681**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,813.11 |

**NTC & Company as Custodian**
**for Mark Housel IRA**
**P.O. Box 173859**
**Denver, CO 80217**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232,875.00 |

**On Time Finance, Inc. c/o Joe Page**
**5029 4th NW**
**Albuquerque, NM 87107**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,239.62 |

**Oscar T Yarr or Thomas Yarr**
**91001 S Coleman Street**
**Coburg, OR 97408**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394,267.50 |

**P Douglas and Alice Fleer**
**15 Wakefield Street, Box 444**
**Hardwick, VT 05843**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **1/2013**

Basis for the claim:  **Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

Debtor  **St. Anselm Exploration Company**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.162** | **Nonpriority creditor's name and mailing address**<br>**Palmer Exploration Ltd.**<br>**8461 Turnpike Drive, Suite 203**<br>**Westminster, CO 80031**<br><br>Date(s) debt was incurred  **4/2013-3/2016**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Loans**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$853,060.07** |
| **3.163** | **Nonpriority creditor's name and mailing address**<br>**Palmer Exploration Ltd.**<br>**8461 Turnpike Drive, Suite 203**<br>**Westminster, CO 80031**<br><br>Date(s) debt was incurred  **1/2013**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Note payable**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$917,207.38** |
| **3.164** | **Nonpriority creditor's name and mailing address**<br>**Pam Butler**<br>**P.O. Box 1488**<br>**Zephyr Cove, NV 89448**<br><br>Date(s) debt was incurred  **1/2013**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Note payable**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$53,927.18** |
| **3.165** | **Nonpriority creditor's name and mailing address**<br>**PD & DD Investments, LLC**<br>**97501 Overseas Hwy, Unit 205**<br>**Key Largo, FL 33037**<br><br>Date(s) debt was incurred  **1/2013**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Note payable**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,129,672.61** |
| **3.166** | **Nonpriority creditor's name and mailing address**<br>**PENSCO Trust Company**<br>**as Custodian FBO Tony Flores IRA**<br>**P.O. Box 173859**<br>**Denver, CO 80217**<br><br>Date(s) debt was incurred  **1/2013**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Note payable**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$199,928.37** |
| **3.167** | **Nonpriority creditor's name and mailing address**<br>**Peter McAnena**<br>**45120 Hwy 79 #706**<br>**Aguanga, CA 92536**<br><br>Date(s) debt was incurred  **1/2013**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Note payable**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$354,170.81** |
| **3.168** | **Nonpriority creditor's name and mailing address**<br>**Pristine Investments, LLC**<br>**11701 Richfield Avenue NE**<br>**Albuquerque, NM 87122**<br><br>Date(s) debt was incurred  **1/2013**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Note payable**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$527,350.76** |

Debtor **St. Anselm Exploration Company**                     Case number (if known) _____
　　　　　　Name

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$370,071.07** |
|---|---|---|---|

**Rafael Luna-Victoria, Margot Luna-Victor
and Megan Luna-Victoria
28 Canterbury Road
Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

**Basis for the claim:  Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160,005.05** |
|---|---|---|---|

**Ray Frappier
13204 Canyon Edge Trail NE
Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

**Basis for the claim:  Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,770.20** |
|---|---|---|---|

**Ray L and Marcella J Gallegos
348 Vineyard NW
Albuquerque, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

**Basis for the claim:  Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$338,940.53** |
|---|---|---|---|

**REMO Oil, LLC c/o Jeffrey Wiltse
P.O. Box 11792
Albuquerque, NM 87192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

**Basis for the claim:  Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$106,908.90** |
|---|---|---|---|

**Richard and Ann Marie Salem
14 Conard Court
Hillsborough, NJ 08844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

**Basis for the claim:  Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218,520.94** |
|---|---|---|---|

**Richard Diller
5308 High Canyon Trail NE
Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

**Basis for the claim:  Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178,272.16** |
|---|---|---|---|

**Richard Hausman
1584 Jefferson Hill Road
RFD #1 Box 67
South Ryegate, VT 05069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

**Basis for the claim:  Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **St. Anselm Exploration Company**                          Case number (if known) _____
          Name

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,778.09** |
|---|---|---|---|

**Richard M and Barbara A Moore**
**PTY 13215**
**P.O. Box 025724**
**Miami, FL 33102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$109,535.85** |
|---|---|---|---|

**Richard T Kight Jr.**
**5412 Camino Arbustos NE**
**Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$139,016.25** |
|---|---|---|---|

**Robert Bryan**
**4701 Winnetka Court NE**
**Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$527,110.27** |
|---|---|---|---|

**Robert E Naess**
**P.O. Box 471**
**Cavendish, VT 05142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$327,007.90** |
|---|---|---|---|

**Robert Gutierrez Investment Co**
**P.O. Box 11955**
**Albuquerque, NM 87192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$366,511.13** |
|---|---|---|---|

**Robert S Basel**
**125 Cherry Valley Avenue**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$503,740.84** |
|---|---|---|---|

**Roger and Karen Murrill**
**c/o Lincoln Financial Advisors**
**8055 E Tufts Avenue, Suite 1400**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **St. Anselm Exploration Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address
**Ronald A Frank**
**P.O. Box 24**
**Devils Tower, WY 82714**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$96,550.89**

---

**3.184** | Nonpriority creditor's name and mailing address
**Rose Anne Hensley**
**12217 Candelaria NE**
**Albuquerque, NM 87112**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$108,703.30**

---

**3.185** | Nonpriority creditor's name and mailing address
**Salomon Smith Barney Lee R**
**Bittenbender, MD PA Employee Profit**
**Sharing Plan**
**21600 Oxnard Street, Suite 2000**
**Woodland Hills, CA 91367**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$776,768.59**

---

**3.186** | Nonpriority creditor's name and mailing address
**Salvatore and Lucille Bevacqua**
**528 Fairview Avenue**
**Cedar Grove, NJ 07009**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$381,640.42**

---

**3.187** | Nonpriority creditor's name and mailing address
**Scott Thomas Meyer**
**19739 E Country Meadows Drive**
**Queen Creek, AZ 85142**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$126,598.57**

---

**3.188** | Nonpriority creditor's name and mailing address
**Shirley Sarah Behar**
**Living Trust Dated 10/10/96**
**3365-2G Punta Alta**
**Laguna Woods, CA 92637**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$159,779.71**

---

**3.189** | Nonpriority creditor's name and mailing address
**Shuster & Company, PC**
**10200 E Girard Avenue, Suite B-321**
**Denver, CO 80231**

Date(s) debt was incurred  **3/2012-3/2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation expert services**

Is the claim subject to offset? ■ No ☐ Yes

**$92,301.28**

---

| Debtor | St. Anselm Exploration Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.190** Nonpriority creditor's name and mailing address

**Sidney F or Joanne P Smith**
**131 Bear Drive**
**Evergreen, CO 80439**

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notes payable**

Is the claim subject to offset? ☐ No ☐ Yes

**$206,290.49**

**3.191** Nonpriority creditor's name and mailing address

**Sollazzo Family Trust**
**Paul Sollazzo Trustee**
**3026 Crestwood Way**
**Rocklin, CA 95765**

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☐ No ☐ Yes

**$36,681.86**

**3.192** Nonpriority creditor's name and mailing address

**Stephen E and Cindy Bullard**
**26081 Paysandu Drive**
**Punta Gorda, FL 33983**

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☐ No ☐ Yes

**$212,473.36**

**3.193** Nonpriority creditor's name and mailing address

**Stephen Moffat**
**908 Fruit Avenue NW**
**Albuquerque, NM 87102**

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☐ No ☐ Yes

**$52,943.58**

**3.194** Nonpriority creditor's name and mailing address

**Steven Pazand**
**2719 Indian Farm Lane NW**
**Albuquerque, NM 87107**

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notes payable**

Is the claim subject to offset? ☐ No ☐ Yes

**$313,120.49**

**3.195** Nonpriority creditor's name and mailing address

**Sunwest Trust**
**Custodian for Joe Bambinelli IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☑ No ☐ Yes

**$108,147.94**

**3.196** Nonpriority creditor's name and mailing address

**Sunwest Trust**
**Custodian for C Douglas Buck ROTH IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

Date(s) debt was incurred  1/2013

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ☑ No ☐ Yes

**$107,620.88**

| Debtor | **St. Anselm Exploration Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.197**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229,695.08** |
|---|---|---|
| **Sunwest Trust**<br>**Custodian for Keelan B Colvett IRA**<br>**10600 Menaul Blvd NE**<br>**Albuquerque, NM 87112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.198**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,006.33** |
|---|---|---|
| **Sunwest Trust**<br>**Custodian for Donna H Dickey IRA**<br>**10600 Menaul Blvd NE**<br>**Albuquerque, NM 87112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.199**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,972.85** |
|---|---|---|
| **Sunwest Trust**<br>**Custodian for Michelle L Edwards IRA**<br>**10600 Menaul Blvd NE**<br>**Albuquerque, NM 87112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,749.99** |
|---|---|---|
| **Sunwest Trust**<br>**Custodian: Michelle L Edwards ROTH IRA**<br>**10600 Menaul Blvd NE**<br>**Albuquerque, NM 87112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.201**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$274,863.04** |
|---|---|---|
| **Sunwest Trust**<br>**Custodian for Paul J Edwards IRA**<br>**10600 Menaul Blvd NE**<br>**Albuquerque, NM 87112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.202**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,078.96** |
|---|---|---|
| **Sunwest Trust**<br>**Custodian for Paul J Edwards ROTH IRA**<br>**10600 Menaul Blvd NE**<br>**Albuquerque, NM 87112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.203**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,571.63** |
|---|---|---|
| **Sunwest Trust**<br>**Custodian for Susan T Gaultney IRA**<br>**10600 Menaul Blvd NE**<br>**Albuquerque, NM 87112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2013** | **Basis for the claim:  Note payable** | |
| Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | St. Anselm Exploration Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,571.22 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Dawson W Hedges IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,499.26 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Stacy A Hedges IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,962.45 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Stacy A Hedges ROTH IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,591.57 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Rose Anne Hensley IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278,027.77 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for G Philip Matthews IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,334.05 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Dallas Mickey IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,548.96 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Julie Pino IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | St. Anselm Exploration Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,314.43 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Jill Plaman IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,689,349.96 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Michael Plaman IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,369.99 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Bernard L Romero IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,071,640.21 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Dennis M Royer IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,967.39 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Dennis M Royer ROTH IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,437.11 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Edward M Smyth IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,961.25 |
|---|---|---|---|

**Sunwest Trust**
**Custodian for Jamison B Wiltse IRA**
**10600 Menaul Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

**Basis for the claim:  Note payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | St. Anselm Exploration Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.218**

**Nonpriority creditor's name and mailing address**
Sunwest Trust
Custodian for Albert Zeni IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,244.17**

---

**3.219**

**Nonpriority creditor's name and mailing address**
Sunwest Trust
Custodian for Cindy Zeni IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$211,763.90**

---

**3.220**

**Nonpriority creditor's name and mailing address**
Sunwest Trust, Custodian for
Esther Luchini Schwab Inherited IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$90,348.22**

---

**3.221**

**Nonpriority creditor's name and mailing address**
Sunwest Trust, Custodian for
William Frank Luchini IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,997.54**

---

**3.222**

**Nonpriority creditor's name and mailing address**
Susan and Marvin Machac
11708 Wilshire NE
Albuquerque, NM 87122

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$108,788.69**

---

**3.223**

**Nonpriority creditor's name and mailing address**
Susanna Foels
2835 3rd Street
Boulder, CO 80304

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$500,944.50**

---

**3.224**

**Nonpriority creditor's name and mailing address**
Sylvia Berman
630 West 246th Street Apt #934
Riverdale, NY 10471

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$65,653.00**

---

| Debtor | **St. Anselm Exploration Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850,832.88 |

**Sze-Yuen Pang**
**561 East Road**
**Cavendish, VT 05142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Note payable

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,479,195.54 |

**T Douglas Leonardson IRR Trust**
**Melissa Leonardson, Trustee**
**1351 N 450 E**
**Orem, UT 84097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Notes payable

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,662.50 |

**T.C.P. Inc. c/o Wes Jones**
**551 Douglas Dam Road**
**Kodak, TN 37764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Note payable

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214,650.00 |

**Taday Family Ltd Partnership**
**c/o Steve Taday**
**P.O. Box 2064**
**Corrales, NM 87048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Note payable

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267,333.75 |

**Talia R Halford**
**3648 Arboleda Senda NE**
**Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Note payable

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,851.77 |

**Tania Hattig**
**9849 Shoreline Drive**
**Longmont, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2015-3/2016

Basis for the claim:  Wages + unreimbursed expenses

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,268.81 |

**Tania K Hattig**
**9849 Shoreline Drive**
**Longmont, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2013

Basis for the claim:  Note payable

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **St. Anselm Exploration Company**                                    Case number (if known)  _____
         Name

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,203.46** |

**Nonpriority creditor's name and mailing address**
Tanya Leonard
3701 Ridge Pointe Loop NE
Albuquerque, NM 87111

Date(s) debt was incurred  1/2013
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,203.46**

---

**Nonpriority creditor's name and mailing address**
TD Ameritrade as Custodian FBO
Wesley B Jones R/O IRA c/o NSA Departm't
P.O. Box 2207
Omaha, NE 68103

Date(s) debt was incurred  1/2013
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$231,725.65**

---

**Nonpriority creditor's name and mailing address**
TD Ameritrade as Custodian FBO
Christopher Tallas IRA c/o NSA Departm't
P.O. Box 2207
Omaha, NE 68103

Date(s) debt was incurred  1/2013
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$103,950.00**

---

**Nonpriority creditor's name and mailing address**
TD Ameritrade as Custodian FBO
Z Nicholas Zakov IRA c/o NSA Department
P.O. Box 2207
Omaha, NE 68103

Date(s) debt was incurred  1/2013
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$523,125.00**

---

**Nonpriority creditor's name and mailing address**
Ted Gottlieb
P.O. Box 1488
Zephyr Cove, NV 89448

Date(s) debt was incurred  1/2013
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$53,927.18**

---

**Nonpriority creditor's name and mailing address**
Tender Loving Care, LLC
c/o Randy Felker POA
9100 Old Pecos Trail
Santa Fe, NM 87505

Date(s) debt was incurred  1/2013
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$278,598.15**

---

**Nonpriority creditor's name and mailing address**
Terra Graphics, Inc.
10936 Lynne Avenue
Lafayette, CO 80026

Date(s) debt was incurred  8/2015
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Moving services**

Is the claim subject to offset? ■ No  ☐ Yes

**$575.00**

Debtor   **St. Anselm Exploration Company**          Case number (if known) _____
_____
Name

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $852,208.31 |
|---|---|---|---|

**Thomas R Stephens**
**1450 Wynkoop #5D**
**Denver, CO 80202**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,384,699.25 |
|---|---|---|---|

**Thomas R Yarr**
**557 Spirit Ridge Court**
**Reno, NV 89511**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,901.97 |
|---|---|---|---|

**Tobe A Turpen Family Trust**
**Tobe A Turpen Trustee**
**323 Paint Brush Drive NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402,713.79 |
|---|---|---|---|

**Tolley Family Trust c/o Laura Tolley**
**309 Bomar Street**
**Houston, TX 77006**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,026.33 |
|---|---|---|---|

**Vahid Deriss c/o Mori Jafari**
**13819 Winterwood Way SE**
**Albuquerque, NM 87123**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289,147.87 |
|---|---|---|---|

**Vicki A Frank Trust Dated April 13, 2004**
**P.O. Box 24**
**Devils Tower, WY 82714**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notes payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264,079.88 |
|---|---|---|---|

**Weiss Family Revocable Trust**
**Joseph and Linda Weiss Trustees**
**10029 Oakleaf Place**
**Cupertino, CA 95014**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **St. Anselm Exploration Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.246**

**Nonpriority creditor's name and mailing address**

**Will-See Gas LLC c/o Jamison Wiltse**
**9409 Dona Marguerita Avenue NE**
**Albuquerque, NM 87111**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$236,513.04**

---

**3.247**

**Nonpriority creditor's name and mailing address**

**William Frank Luchini**
**P.O. Box 324**
**Truth Or Consequences, NM 87901**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$54,424.19**

---

**3.248**

**Nonpriority creditor's name and mailing address**

**William N Campbell**
**2140 Deed Court**
**Vienna, VA 22181**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$57,423.30**

---

**3.249**

**Nonpriority creditor's name and mailing address**

**Wilson Gawthrop and Diane Meltzer**
**1147 Cash Road**
**Creedmoor, NC 27522**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$126,842.67**

---

**3.250**

**Nonpriority creditor's name and mailing address**

**Zia Trust**
**Custodian for John A Bartolotta IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$44,093.96**

---

**3.251**

**Nonpriority creditor's name and mailing address**

**Zia Trust**
**Custodian for Marc N Behar IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notes payable**

Is the claim subject to offset? ■ No ☐ Yes

**$218,541.19**

---

**3.252**

**Nonpriority creditor's name and mailing address**

**Zia Trust**
**Custodian for Charles A Brannen IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

Date(s) debt was incurred  **1/2013**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note payable**

Is the claim subject to offset? ■ No ☐ Yes

**$94,210.16**

---

| Debtor | St. Anselm Exploration Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.253**

**Nonpriority creditor's name and mailing address**
Zia Trust
**Custodian for Cheryl Castonguay IRA**
6301 Indian School Road NE #800
Albuquerque, NM 87110

Date(s) debt was incurred  1/2013

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note payable

Is the claim subject to offset? ■ No  ☐ Yes

**$88,631.01**

---

**3.254**

**Nonpriority creditor's name and mailing address**
Zia Trust
**Custodian for Michelle R Cunningham IRA**
6301 Indian School Road NE #800
Albuquerque, NM 87110

Date(s) debt was incurred  1/2013

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note payable

Is the claim subject to offset? ■ No  ☐ Yes

**$386,047.83**

---

**3.255**

**Nonpriority creditor's name and mailing address**
Zia Trust
**Custodian for Harold Gambill IRA**
6301 Indian School Road NE #800
Albuquerque, NM 87110

Date(s) debt was incurred  1/2013

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note payable

Is the claim subject to offset? ■ No  ☐ Yes

**$162,457.70**

---

**3.256**

**Nonpriority creditor's name and mailing address**
Zia Trust
**Custodian for Robert Gutierrez IRA**
6301 Indian School Road NE #800
Albuquerque, NM 87110

Date(s) debt was incurred  1/2013

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note payable

Is the claim subject to offset? ■ No  ☐ Yes

**$30,201.16**

---

**3.257**

**Nonpriority creditor's name and mailing address**
Zia Trust
**Custodian for Mark Housel IRA**
6301 Indian School Road NE #800
Albuquerque, NM 87110

Date(s) debt was incurred  1/2013

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note payable

Is the claim subject to offset? ■ No  ☐ Yes

**$188,691.06**

---

**3.258**

**Nonpriority creditor's name and mailing address**
Zia Trust
**Custodian for Bryan P Huffaker R/O IRA**
6301 Indian School Road NE #800
Albuquerque, NM 87110

Date(s) debt was incurred  1/2013

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note payable

Is the claim subject to offset? ■ No  ☐ Yes

**$62,775.00**

---

**3.259**

**Nonpriority creditor's name and mailing address**
Zia Trust
**Custodian for Patricia M Jafari R/O IRA**
6301 Indian School Road NE #800
Albuquerque, NM 87110

Date(s) debt was incurred  1/2013

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Note payable

Is the claim subject to offset? ■ No  ☐ Yes

**$71,791.57**

---

| Debtor | St. Anselm Exploration Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$93,683.38**

Zia Trust
**Custodian for Jodi Renee Lang ROTH IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,849.89**

Zia Trust
**Custodian for Tanya Leonard SEP IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,835.12**

Zia Trust
**Custodian for John R McGerigle R/O IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105,595.88**

Zia Trust
**Custodian for Steve Moffat SEP IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$197,146.29**

Zia Trust
**Custodian for Joe Ben Page IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,527.10**

Zia Trust
**Custodian for Linda S Page IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140,778.74**

Zia Trust
**Custodian for Deborah Reynolds IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **St. Anselm Exploration Company**                                Case number (if known) _____
        Name

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163,942.35 |

**Zia Trust**
**Custodian for James E Shultz SEP IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,434.58 |

**Zia Trust**
**Custodian for Thom Stein IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,041.61 |

**Zia Trust**
**Custodian for Barbara J Wallis IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,653.65 |

**Zia Trust**
**Custodian for Harvey L Webb IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215,585.31 |

**Zia Trust**
**Custodian for Helga Webb IRA**
**Deceased FBO Harvey Webb IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,825.29 |

**Zia Trust**
**Custodian for Rosita E Webb IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,865.25 |

**Zia Trust**
**Custodian for Theda M Witt IRA**
**6301 Indian School Road NE #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2013**

**Basis for the claim:  Note payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | **St. Anselm Exploration Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cravens Law LLC**<br>P.O. Box 35820<br>Albuquerque, NM 87176 | Line __3.101__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jimmie Davis**<br>6325 Isleta Blvd SW<br>Albuquerque, NM 87105 | Line __3.101__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Richard H. Cravens**<br>Eaton Law Office PC<br>P.O. Box 25305<br>Albuquerque, NM 87125 | Line __3.101__<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 22,982.50 |
| **5b. Total claims from Part 2** | 5b. + | $ | 65,487,262.91 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 65,510,245.41 |

**Fill in this information to identify the case:**

Debtor name    **St. Anselm Exploration Company**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Records management** |
| State the term remaining | **5/2017** |
| List the contract number of any government contract | |

**All American Records Management**
**15580 East Hinsdale Circle**
**Englewood, CO 80112**

| | |
|---|---|
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Copier maintenance agreement** |
| State the term remaining | **7/2018** |
| List the contract number of any government contract | |

**Aspen Laser & Technologies**
**1551 South Sunset Street, Suite D**
**Longmont, CO 80501**

| | |
|---|---|
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Telephone and Internet service agreement** |
| State the term remaining | **7/2018** |
| List the contract number of any government contract | |

**Integra**
**990 South Broadway, Suite 100**
**Denver, CO 80209**

| | |
|---|---|
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Sublease at 8461 Turnpike Drive, Suite 203, Westminster, CO 80031** |
| State the term remaining | **5/2017** |
| List the contract number of any government contract | |

**Joshua Hattig and Hattig Financial Co**
**9849 Shoreline Drive**
**Longmont, CO 80504**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1    **St. Anselm Exploration Company**                                   Case number *(if known)*  _____

   First Name            Middle Name         Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Copier lease** | |
|---|---|---|---|
| | State the term remaining | **7/2018** | |
| | List the contract number of any government contract | _____ | **Leaf**<br>**1720 A Crete Street**<br>**Moberly, MO 65270** |

---

**Fill in this information to identify the case:**

Debtor name **St. Anselm Exploration Company**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number *(if known)* _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Anna M.R. Wells** | **736 Holland Street**<br>**Lakewood, CO 80215** | **All noteholders - see Schedule F** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Mark S. Palmer** | **2052 Martins Point Road**<br>**Kitty Hawk, NC 27949** | **All noteholders - see Schedule F** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Mark S. Palmer** | **2052 Martins Point Road**<br>**Kitty Hawk, NC 27949** | **CitiBusiness Card** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.4 | **Michael A. Zakroff** | **P.O. Box 19643**<br>**Boulder, CO 80308** | **All noteholders - see Schedule F** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **St. Anselm Exploration Company**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,554.92** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$2,539.46** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$15,895.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **St. Anselm Exploration Company**                                    Case number *(if known)*

---

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jimmie W. Davis v. St. Alselm Exploration Co., Anna M.R. Wells, and Mark S. Palmer 1:10-cv-00883-KG-WPL | Breach of contract (alleged by noteholder); fraud (alleged by debtor) | U.S.D.C. for D. of New Mexico United States District Court 100 N. Church Street, Suite 560 Las Cruces, NM 88001 | ☐ Pending ■ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

---

Debtor   __St. Anselm Exploration Company_____   Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    □ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Kevin S. Neiman, pc**<br>**1621 18th Street, Suite 260**<br>**Denver, CO 80202** | | **3/11/16** | **$12,500.00** |
| | **Email or website address**<br>**kevin@ksncp.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    □ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

Official Form 207         Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         page **3**

Debtor  __St. Anselm Exploration Company_____  Case number *(if known)* _____

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **730 17th Street, Suite 820 Denver, CO 80202** | **9/2007 - 8/2015** |

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **US Bank 950 17th Street Denver, CO 80202** | **XXXX-2411** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **10/8/15** | **$202.28** |
| 18.2. | **US Bank 950 17th Street Denver, CO 80202** | **XXXX-6717** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **2/18/16** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    __St. Anselm Exploration Company__     Case number *(if known)* _____

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

■ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **All American Records Management 15580 E Hinsdale Circle, Suite A Centennial, CO 80112** | **Mark S Palmer 2052 Martins Point Road Kitty Hawk, NC 27949** **Tania Hattig 9849 Shoreline Drive Longmont, CO 80504** **Vicki L Mullinax 1133 Race Street #16N Denver, CO 80206** | **Misc. records** | ☐ No ■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **St. Anselm Exploration Company**                                          Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **SSA04, LLC**<br>**730 17th Street, Suite 820**<br>**Denver, CO 80202** | **Oil and gas** | EIN:   **20-1061011**<br><br>From-To   **4/2004-7/2014** |
| 25.2.  **St. Anselm CKU, LLC**<br>**730 17th Street, Suite 820**<br>**Denver, CO 80202** | **Oil and gas** | EIN:   **59-3832620**<br><br>From-To   **9/2005-4/2009** |
| 25.3.  **Terra Caliente, LLC**<br>**8461 Turnpike Drive, Suite 203**<br>**Westminster, CO 80031** | **Geothermal** | EIN:   **14-2001338**<br><br>From-To   **6/2007-present** |
| 25.4.  **Agua Caliente, LLC**<br>**c/o AMG National Trust Bank**<br>**6295 Greenwood Plaza Blvd.**<br>**Greenwood Village, CO 80111** | **Geothermal** | EIN:   **06-1818817**<br><br>From-To   **6/2007-present** |
| 25.5.  **Standard Steam Trust, LLC**<br>**c/o Murfin Drilling Company**<br>**250 N Water Suite 300**<br>**Wichita, KS 67202** | **Geothermal** | EIN:   **90-0401797**<br><br>From-To   **7/2007-present** |
| 25.6.  **St. Anselm KXP, LLC**<br>**8461 Turnpike Drive, Suite 203**<br>**Westminster, CO 80031** | **Oil and gas** | EIN:   **26-4741809**<br><br>From-To   **4/2009-present** |
| 25.7.  **SA Terra Net, LLC**<br>**8461 Turnpike Drive, Suite 203**<br>**Westminster, CO 80031** | **Geothermal** | EIN:   **27-3994201**<br><br>From-To   **11/2010-present** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **St. Anselm Exploration Company**                          Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.8. **GCXP, LLC**<br>**8461 Turnpike Drive, Suite 203**<br>**Westminster, CO 80031** | **Oil and gas** | **EIN:** 80-0726674<br><br>**From-To** **5/2011-present** |
| 25.9. **MXP 2011, LLC**<br>**8461 Turnpike Drive, Suite 203**<br>**Westminster, CO 80031** | **Oil and gas** | **EIN:** 45-2531964<br><br>**From-To** **6/2011-11/2015** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Tania Hattig**<br>**9849 Shoreline Drive**<br>**Longmont, CO 80504** | **1999-present** |
| 26a.2. **Hein & Associates LLP**<br>**1999 Broadway, Suite 4000**<br>**Denver, CO 80202** | **1994-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Tania Hattig**<br>**9849 Shoreline Drive**<br>**Longmont, CO 80504** | **1999-present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Hein & Associates LLP**<br>**1999 Broadway, Suite 4000**<br>**Denver, CO 80202** | **1994-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Tania Hattig**<br>**9849 Shoreline Drive**<br>**Longmont, CO 80504** | |
| 26c.2. **Hein & Associates LLP**<br>**1999 Broadway, Suite 4000**<br>**Denver, CO 80202** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **St. Anselm Exploration Company**                     Case number *(if known)*

☐ None

| Name and address |
|---|
| 26d.1.    **All noteholders, members, and counsel received quarterly sources and uses statements.** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark S Palmer | 2052 Martins Point Road Kitty Hawk, NC 27949 | Vice President | 32.670 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anna M.R. Wells | 736 Holland Street Lakewood, CO 80215 | President | 30.405 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael A. Zakroff | P.O. Box 19643 Boulder, CO 80308 | Secretary and Treasurer | 30.405 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| G. Philip Matthews | 2647 Hemingway Court Arlington, TX 76006 | N/A | 6.520 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **St. Anselm Exploration Company**                                Case number *(if known)*

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *25 APRIL 2016*

_____          **Mark S. Palmer**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Colorado

In re   **St. Anselm Exploration Company**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   25 APRIL 2016

**Mark S. Palmer/Vice President**
Signer/Title

A. Lee Straughan
1129 Cuatro Cerros SE
Albuquerque, NM 87123


Aida M Rivas
10501 Cedar Lake Road, Apt #504
Minnetonka, MN 55305


Albert and Cindy Zeni
36 Glenwood Road
Plainview, NY 11803


All American Records Management
15580 East Hinsdale Circle
Englewood, CO 80112


All American Records Management, Inc.
15580 E Hinsdale Circle, Suite A
Centennial, CO 80112


American Association of Petroleum Geolog
P.O. Box 843306
Kansas City, MO 64184


American Chiropractic Clinic
3140 Garden Oaks Drive
New Orleans, LA 70114


Ann Marie Salem
14 Conard Court
Hillsborough, NJ 08844


Anna M.R. Wells
736 Holland Street
Lakewood, CO 80215

Anthony and Sylvana Bevacqua
17-14 Split Rock Road
Fair Lawn, NJ 07410


Anthony G and Julie Pino
8605 Capulin Road NE
Albuquerque, NM 87109


Artos Eleanor Foster Trust Judy Blencowe
19358 Titleist Way
Redding, CA 96003


Aspen Laser & Technologies
1551 South Sunset Street, Suite D
Longmont, CO 80501


Aspen Laser and Technologies
1551 S. Sunset Street, Suite D
Longmont, CO 80501


Baca's Trees, Inc. Profit Sharing Trust
7933 Edith Blvd NE
Albuquerque, NM 87113


Barry and Ellen Heyman
8706 Side Saddle Road
Springfield, VA 22152


Bernadette M Meyer
P.O. Box 91883
Albuquerque, NM 87199


Bernard L Romero
760 Old Las Vegas Highway
Santa Fe, NM 87505

Bradford and Muriel Hattig
3401 Meining Road
Berthoud, CO 80513


Bradley and Elizabeth Wittman
38 Santa Ana Loop
Placitas, NM 87043


Brent C Thompson
1171 Clayburn Lane
San Jose, CA 95121


Brian T and Anne L Brown
2900 South Diablo Way, Suite 190
Tempe, AZ 85282


Bruce A Burns
6121 Indian School Road NE #101
Albuquerque, NM 87110


Bruce Thompson
3569 Sunnygate Court
San Jose, CA 95117


Bryan and Jennifer Huffaker
11820 Anaheim Avenue NE
Albuquerque, NM 87122


Calvin and Darlene Hyer
1212 Pennsylvania Street NE
Albuquerque, NM 87110


Calvin Hyer Jr Attorney at Law P.A.
Pension Plan and Trust
1212 Pennsylvania Street NE
Albuquerque, NM 87110

Camille S Stueber
137 Carlito Road NW
Albuquerque, NM 87107


Carla Kosinski Deceased c/o Jill Plaman
1442 Honeysuckle Drive NE
Albuquerque, NM 87122


Carolyn Mowery
1694 W Glendale Avenue, Apt #362
Phoenix, AZ 85021


Charles and Elizabeth Brannen
159 Shiloh Circle
Durango, CO 81303


Charles Schwab and Co Frank L Spring
401K Profit Sharing Plan and Trust
P.O. Box 52114
Phoenix, AZ 85072


Charlotte Friend
15 Orme Court
Saint Paul, MN 55116


Cindy Little
2210 Cemetery Road NW
Piedmont, OK 73078


CitiBusiness Card
P.O. Box 78045
Phoenix, AZ 85062


Clarence M or Jena Baca
508 Marys Way NW
Albuquerque, NM 87107

Clifford and Frances Dewent
504 Aragon SE
Albuquerque, NM 87123


Coleman A Riley
272 Hackamore Common
Fremont, CA 94539


Colleen Loop
17772 Calle Central
Morgan Hill, CA 95037


Cravens Law LLC
P.O. Box 35820
Albuquerque, NM 87176


Dallas and Jackee Mickey
3905 Pitt Street NE
Albuquerque, NM 87111


Daniel and Marsha Mowery
Revocable Trust DTD 12/26/06
06 Vista De Oro
Placitas, NM 87043


Daniel and Shawn Blackwood
1682 Tierra del Rio NW
Albuquerque, NM 87107


Darin and Elizabeth Dunford
835 Summerhill Court
Encinitas, CA 92024


Darin Dunford
835 Summerhill Court
Encinitas, CA 92024

David D Allyn
144 Rancho Alegre Road
Santa Fe, NM 87508


David L Levick Trust
263 Water Street
Apalachicola, FL 32320


David Morse
7250 Whippoorwill Lane
Albuquerque, NM 87109


David W Meyer
P.O. Box 91883
Albuquerque, NM 87199


Davis, Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202


Debbie Cosgrove
209 Far Hills Drive
Bolingbrook, IL 60440


Debora L Swanson
2240 Toniwood Lane
Palm Harbor, FL 34685


Dennis and Sharon Baca
4416 De La Cruz NW
Albuquerque, NM 87107


Dennis M DeMaria
4606 62nd Avenue East
Bradenton, FL 34203

Dennis Royer
P.O. Box 401
Peralta, NM 87042


Diamond Trust
P.O. Box 16112
9000 Camino Del Sol NE
Albuquerque, NM 87191


Diana Barnett
1624 Mira Lago Circle
Ruskin, FL 33570


Doris E St. Clair M.D.
616 Hunter Road
Glenview, IL 60025


Doug and Vicki Sigg
434 Dove Lane
Berthoud, CO 80513


Edward M Smyth
308 Chestnut Bend
Colleyville, TX 76034


Empyrean Holdings, LLC c/o Praem Singam
13610 Imperial Hwy, Suite 5
Santa Fe Springs, CA 90670


Eric and Barbara Wellner
348 Heath Road
Bremen, ME 04551


Eric F Wellner
348 Heath Road
Bremen, ME 04551

Etkind Living Trust DTD 12/11/08
Larry S and Cynthia M Etkind Trustees
3456 Todd Way
San Jose, CA 95124


Etkind Revocable Living Trust
Steven S and Sherry J Etkind TTEE
4429 Glenwood Hills Drive
Albuquerque, NM 87111


Flores Brothers LLC c/o Tony Flores
2 Dorey Way
Monterey, CA 93940


Flores Family Trust Dated 12/22/95
2 Dorey Way
Monterey, CA 93940


Frank J Hovorka
P.O. Box 14979
Albuquerque, NM 87191


Frank L Spring
4904 Guadalupe Trail NW
Albuquerque, NM 87107


Frank or Corina Luchini c/o Steven Luchi
P.O. Box 333
920 Camino De Mesa
Truth Or Consequences, NM 87901


Frank Padilla Jr.
830 Parker Street
Newark, NJ 07104


G. Philip Matthews
2647 Hemingway Court
Arlington, TX 76006

G. Philip Matthews
2647 Hemingway Court
Arlington, TX 76006


Gabbert Family LLC c/o Sandra McClane
1171 Molokai Drive
Tega Cay, SC 29708


Gail Verver
1522 Skiles Blvd West
West Chester, PA 19382


Gambill 2002 Revocable Trust
Harold or Loretta Gambill TTEE
12245 Vista Arroyo Court
Saratoga, CA 95070


Gary and Lauri Grzelak
404 S Emerson Street
Mount Prospect, IL 60056


Gary Grzelak
404 S Emerson Street
Mount Prospect, IL 60056


George Herrera
7308 Gallinas NE
Albuquerque, NM 87109


George Perrault
11161 S Meads Avenue
Orange, CA 92869


Gregory E Martinez
5209 Deer Run Court
Lawrence, KS 66049

Harry and Elizabeth Bullock Trust
Elizabeth Bullock TTEE
P.O. Box 5424
Albuquerque, NM 87185


Hattig Financial Company
710 Tenacity Drive, Suite 101
Longmont, CO 80504


Hein & Associates LLP
1999 Broadway, Suite 4000
Denver, CO 80202


Hermes Santiago
P.O. Box 35254
Albuquerque, NM 87176


Hilliard/White Realty Inc. Defined
Ben Plan Bill Hilliard and Barbara White
1400 FM 3388
Cooper, TX 75432


Holy Mountain Forever Love
Family LLC c/o Jonathan Levann
234 4th Street
Ashland, OR 97520


Ilah Jones
4 Dalton Trail
Sandia Park, NM 87047


Integra
P.O. Box 2966
Milwaukee, WI 53201


Integra
990 South Broadway, Suite 100
Denver, CO 80209

J Edward Hollington & Assoc PA
Pension and Profit Plan
708 Marquette NW
Albuquerque, NM 87102


Jack Flores or Alice Flores
332 Larkin Street
Monterey, CA 93940


Jackee L Verhulst
3905 Pitt Street NE
Albuquerque, NM 87111


Jake R and Susan T Gaultney
Revocable Trust
5000 Midnight Vista NW
Albuquerque, NM 87114


James MacGillivray
12046 Irish Mist Road NE
Albuquerque, NM 87122


James Shultz
3908 Pitt Street NE
Albuquerque, NM 87111


James Wilson
1624 Krpan Drive
Roseville, CA 95747


Jamison B Wiltse
9409 Dona Marguerita Avenue NE
Albuquerque, NM 87111


Janice B Dorn Trust
3104 E Camelback Road #255
Phoenix, AZ 85016

Jeannie Decanditis
1084 Prairie Zinnia Drive
Bernalillo, NM 87004


Jeffrey and Victoria Hood
949 Williamette Falls Drive
West Linn, OR 97068


Jeffrey D Wiltse
P.O. Box 11792
Albuquerque, NM 87192


Jeffrey Scott Salsman
881 N Old Orchard
Lewisville, TX 75077


Jerry and Connie Davis
12700 Arrowhead Drive
Oklahoma City, OK 73120


Jill Plaman
1442 Honeysuckle Drive NE
Albuquerque, NM 87122


Jimmie Davis
6325 Isleta Blvd SW
Albuquerque, NM 87105


Jimmie W. Davis Revocable Trust
6325 Isleta Blvd SW
Albuquerque, NM 87105


John and Cheryl Castonguay
3213 Calle de Estella NW
Albuquerque, NM 87104

John and Patricia Bartolotta
12211 Mountain Haze Road NE
Albuquerque, NM 87122


John B Reed III
ROTH IRA Etrade Account #xxxx-8302
671 N Glebe Road, 10th Floor
Arlington, VA 22203


John Benjamin Reed III
2124 Toronto Street
Pueblo, CO 81004


John Bordnick
2460-C Miguel Chavez Road
Santa Fe, NM 87505


John or Camille Stueber
137 Carlito Road NW
Albuquerque, NM 87107


John W Thomas
3923 Grove Avenue
Richmond, VA 23221


Joshua and Tania Hattig
9849 Shoreline Drive
Longmont, CO 80504


Joshua Hattig and Hattig Financial Co
9849 Shoreline Drive
Longmont, CO 80504


Judith A Terry Living Trust
Cynthia Little TTEE
2210 Cemetery Road NW
Piedmont, OK 73078

Judith and George Blencowe
19358 Titleist Way
Redding, CA 96003


Jules F Appleman Trust
c/o Academy Plumbing
8524 Indian School Road NE
Albuquerque, NM 87112


Julianne and William Murphy Jr.
Revocable Trust dated 4/22/13
9833 Shoreline Drive
Longmont, CO 80504


Keelan or Rebecca Colvett
10 Sue Court
Tijeras, NM 87059


Kevin Allen
9113 Luna Del Oro NE
Albuquerque, NM 87111


Kevin and Carolyn Allen
9113 Luna Del Oro NE
Albuquerque, NM 87111


Kevin Loop c/o Bruce Thompson
3569 Sunnygate Court
San Jose, CA 95117


Larry Etkind
3456 Todd Way
San Jose, CA 95124


Larry Etkind or Norman Etkind
3456 Todd Way
San Jose, CA 95124

Larry Unruh
14827 E Shadow Canyon Drive
Fountain Hills, AZ 85268


Leaf
P.O. Box 644006
Cincinnati, OH 45263


Leaf
1720 A Crete Street
Moberly, MO 65270


Lee Bittenbender and Sandra Brown
930 Iowa Street
Lawrence, KS 66044


Lee R Bittenbender
930 Iowa Street
Lawrence, KS 66044


Leo Bartolucci c/o Laura Bartolucci
6612 Las Casitas Court NW
Los Ranchos, NM 87107


Leonard or Carol Weiss
4818 Englewood Drive
San Jose, CA 95129


M & F Jafari Family Trust DTD 01/09/06
Mojtaba Jafari Trustee
3921 Emerald Street
Torrance, CA 90503


Mahnoosh Zamanloo or Tom Yarr
2339 Paloma Court #3
Pinole, CA 94564

Malcolm or Margaret Fraser
485 Woodside Road, Apartment 1352
Redwood City, CA 94061


Malcolm V Fraser
485 Woodside Road, Apartment 1352
Redwood City, CA 94061


Marc Behar
1422 Jackson Avenue
New Orleans, LA 70130


Marcel N Behar Living Trust
U/A Dated 10/10/96
3365-2G Punta Alta
Laguna Woods, CA 92637


Maria Stella Flores
226 Larkin Street
Monterey, CA 93940


Marjorie Stein
Custodian for Joseph W Stein UGMA
151 Mildred Parkway
New Rochelle, NY 10804


Mark and Marjorie Stein
151 Mildred Parkway
New Rochelle, NY 10804


Mark Housel
P.O. Box 36
Lakeview, NC 28350


Mark R Jaffe
9242 Hathaway Street
Dallas, TX 75220

Mark R Jaffe Living Trust
9242 Hathaway Street
Dallas, TX 75220


Mark S Palmer
2052 Martins Point Road
Kitty Hawk, NC 27949


Mark S. Palmer
2052 Martins Point Road
Kitty Hawk, NC 27949


Mark S. Palmer
2052 Martins Point Road
Kitty Hawk, NC 27949


Matthew M Cunningham
9308 Ruidoso NE
Albuquerque, NM 87109


Melvyn D and Christy A Baron
438 Poinsettia Place SE
Albuquerque, NM 87123


Meredity L Lowry
180 Van Ness Avenue
Ashland, OR 97520


Michael A. Zakroff
P.O. Box 19643
Boulder, CO 80308


Michael and Malinda Menke
P.O. Box 968
Sandia Park, NM 87047

Michael D Menke
P.O. Box 968
Sandia Park, NM 87047


Michael J Richter
1322 Rosalia Avenue
San Jose, CA 95130


Michael J Richter Profit Sharing Plan
N.F.S. FAO KWA-207314
P.O. Box 5123
Thousand Oaks, CA 91359


Michael P Decanditis
1084 Prairie Zinnia Drive
Bernalillo, NM 87004


Michael Sollazzo
5920 Silkwood Way
Granite Bay, CA 95746


Michael Sollazzo
5920 Silkwood Way
Granite Bay, CA 95746


Michele L Murphy
14290 Navajo Street
Westminster, CO 80023


Michelle R Cunningham
9308 Ruidoso NE
Albuquerque, NM 87109


Mohammad Jafari
1613 Sagebrush Trail SE
Albuquerque, NM 87123

Morteza Jafari
13819 Winterwood Way SE
Albuquerque, NM 87123


MOS Enterprises, LLC
c/o Matthew Cunningham
8308 Ruidoso NE
Albuquerque, NM 87109


Mostafa Jafari
209 Serenity SE
Albuquerque, NM 87123


Moye White
1400 16th Street, 6th Floor
Denver, CO 80202


Nancy Wilson
1085 Mazzone Drive
San Jose, CA 95120


Norman and Ginger Etkind
P.O. Box 82
Woodbury, VT 05681


NTC & Company as Custodian
for Mark Housel IRA
P.O. Box 173859
Denver, CO 80217


On Time Finance, Inc. c/o Joe Page
5029 4th NW
Albuquerque, NM 87107


Oscar T Yarr or Thomas Yarr
91001 S Coleman Street
Coburg, OR 97408

P Douglas and Alice Fleer
15 Wakefield Street, Box 444
Hardwick, VT 05843


Palmer Exploration Ltd.
8461 Turnpike Drive, Suite 203
Westminster, CO 80031


Palmer Exploration Ltd.
8461 Turnpike Drive, Suite 203
Westminster, CO 80031


Pam Butler
P.O. Box 1488
Zephyr Cove, NV 89448


PD & DD Investments, LLC
97501 Overseas Hwy, Unit 205
Key Largo, FL 33037


PENSCO Trust Company
as Custodian FBO Tony Flores IRA
P.O. Box 173859
Denver, CO 80217


Peter McAnena
45120 Hwy 79 #706
Aguanga, CA 92536


Pristine Investments, LLC
11701 Richfield Avenue NE
Albuquerque, NM 87122


Rafael Luna-Victoria, Margot Luna-Victor
and Megan Luna-Victoria
28 Canterbury Road
Woodbury, NY 11797

Ray Frappier
13204 Canyon Edge Trail NE
Albuquerque, NM 87111


Ray L and Marcella J Gallegos
348 Vineyard NW
Albuquerque, NM 87107


REMO Oil, LLC c/o Jeffrey Wiltse
P.O. Box 11792
Albuquerque, NM 87192


Richard and Ann Marie Salem
14 Conard Court
Hillsborough, NJ 08844


Richard Diller
5308 High Canyon Trail NE
Albuquerque, NM 87111


Richard H. Cravens
Eaton Law Office PC
P.O. Box 25305
Albuquerque, NM 87125


Richard Hausman
1584 Jefferson Hill Road
RFD #1 Box 67
South Ryegate, VT 05069


Richard M and Barbara A Moore
PTY 13215
P.O. Box 025724
Miami, FL 33102


Richard T Kight Jr.
5412 Camino Arbustos NE
Albuquerque, NM 87111

Robert Bryan
4701 Winnetka Court NE
Albuquerque, NM 87111


Robert E Naess
P.O. Box 471
Cavendish, VT 05142


Robert Gutierrez Investment Co
P.O. Box 11955
Albuquerque, NM 87192


Robert S Basel
125 Cherry Valley Avenue
Garden City, NY 11530


Roger and Karen Murrill
c/o Lincoln Financial Advisors
8055 E Tufts Avenue, Suite 1400
Denver, CO 80237


Ronald A Frank
P.O. Box 24
Devils Tower, WY 82714


Rose Anne Hensley
12217 Candelaria NE
Albuquerque, NM 87112


Salomon Smith Barney Lee R
Bittenbender, MD PA Employee Profit
Sharing Plan
21600 Oxnard Street, Suite 2000
Woodland Hills, CA 91367


Salvatore and Lucille Bevacqua
528 Fairview Avenue
Cedar Grove, NJ 07009

Scott Thomas Meyer
19739 E Country Meadows Drive
Queen Creek, AZ 85142


Shirley Sarah Behar
Living Trust Dated 10/10/96
3365-2G Punta Alta
Laguna Woods, CA 92637


Shuster & Company, PC
10200 E Girard Avenue, Suite B-321
Denver, CO 80231


Sidney F or Joanne P Smith
131 Bear Drive
Evergreen, CO 80439


Sollazzo Family Trust
Paul Sollazzo Trustee
3026 Crestwood Way
Rocklin, CA 95765


Stephen E and Cindy Bullard
26081 Paysandu Drive
Punta Gorda, FL 33983


Stephen Moffat
908 Fruit Avenue NW
Albuquerque, NM 87102


Steven Pazand
2719 Indian Farm Lane NW
Albuquerque, NM 87107


Sunwest Trust
Custodian for Joe Bambinelli IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112

Sunwest Trust
Custodian for C Douglas Buck ROTH IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Keelan B Colvett IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Donna H Dickey IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Michelle L Edwards IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian  Michelle L Edwards ROTH IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Paul J Edwards IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Paul J Edwards ROTH IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Susan T Gaultney IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112

Sunwest Trust
Custodian for Dawson W Hedges IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Stacy A Hedges IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Stacy A Hedges ROTH IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Rose Anne Hensley IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for G Philip Matthews IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Dallas Mickey IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Julie Pino IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Jill Plaman IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112

Sunwest Trust
Custodian for Michael Plaman IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Bernard L Romero IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Dennis M Royer IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Dennis M Royer ROTH IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Edward M Smyth IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Jamison B Wiltse IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Albert Zeni IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust
Custodian for Cindy Zeni IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112

Sunwest Trust, Custodian for
Esther Luchini Schwab Inherited IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Sunwest Trust, Custodian for
William Frank Luchini IRA
10600 Menaul Blvd NE
Albuquerque, NM 87112


Susan and Marvin Machac
11708 Wilshire NE
Albuquerque, NM 87122


Susanna Foels
2835 3rd Street
Boulder, CO 80304


Sylvia Berman
630 West 246th Street Apt #934
Riverdale, NY 10471


Sze-Yuen Pang
561 East Road
Cavendish, VT 05142


T Douglas Leonardson IRR Trust
Melissa Leonardson, Trustee
1351 N 450 E
Orem, UT 84097


T.C.P. Inc. c/o Wes Jones
551 Douglas Dam Road
Kodak, TN 37764


Taday Family Ltd Partnership
c/o Steve Taday
P.O. Box 2064
Corrales, NM 87048

Talia R Halford
3648 Arboleda Senda NE
Albuquerque, NM 87111


Tania Hattig
9849 Shoreline Drive
Longmont, CO 80504


Tania Hattig
9849 Shoreline Drive
Longmont, CO 80504


Tania K Hattig
9849 Shoreline Drive
Longmont, CO 80504


Tanya Leonard
3701 Ridge Pointe Loop NE
Albuquerque, NM 87111


TD Ameritrade as Custodian FBO
Wesley B Jones R/O IRA c/o NSA Departm't
P.O. Box 2207
Omaha, NE 68103


TD Ameritrade as Custodian FBO
Christopher Tallas IRA c/o NSA Departm't
P.O. Box 2207
Omaha, NE 68103


TD Ameritrade as Custodian FBO
Z Nicholas Zakov IRA c/o NSA Department
P.O. Box 2207
Omaha, NE 68103


Ted Gottlieb
P.O. Box 1488
Zephyr Cove, NV 89448

Tender Loving Care, LLC
c/o Randy Felker POA
9100 Old Pecos Trail
Santa Fe, NM 87505


Terra Graphics, Inc.
10936 Lynne Avenue
Lafayette, CO 80026


Thomas R Stephens
1450 Wynkoop #5D
Denver, CO 80202


Thomas R Yarr
557 Spirit Ridge Court
Reno, NV 89511


Tobe A Turpen Family Trust
Tobe A Turpen Trustee
323 Paint Brush Drive NE
Albuquerque, NM 87122


Tolley Family Trust c/o Laura Tolley
309 Bomar Street
Houston, TX 77006


Vahid Deriss c/o Mori Jafari
13819 Winterwood Way SE
Albuquerque, NM 87123


Vicki A Frank Trust Dated April 13, 2004
P.O. Box 24
Devils Tower, WY 82714


Vicki L Mullinax
1133 Race Street #16N
Denver, CO 80206

Weiss Family Revocable Trust
Joseph and Linda Weiss Trustees
10029 Oakleaf Place
Cupertino, CA 95014


Will-See Gas LLC c/o Jamison Wiltse
9409 Dona Marguerita Avenue NE
Albuquerque, NM 87111


William Frank Luchini
P.O. Box 324
Truth Or Consequences, NM 87901


William N Campbell
2140 Deed Court
Vienna, VA 22181


Wilson Gawthrop and Diane Meltzer
1147 Cash Road
Creedmoor, NC 27522


Zia Trust
Custodian for John A Bartolotta IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Marc N Behar IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Charles A Brannen IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110

```
Zia Trust
Custodian for Cheryl Castonguay IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Michelle R Cunningham IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Harold Gambill IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Robert Gutierrez IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Mark Housel IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Bryan P Huffaker R/O IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Patricia M Jafari R/O IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Jodi Renee Lang ROTH IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110
```

Zia Trust
Custodian for Tanya Leonard SEP IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for John R McGerigle R/O IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Steve Moffat SEP IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Joe Ben Page IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Linda S Page IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Deborah Reynolds IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for James E Shultz SEP IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Thom Stein IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110

```
Zia Trust
Custodian for Barbara J Wallis IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Harvey L Webb IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Helga Webb IRA
Deceased FBO Harvey Webb IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Rosita E Webb IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110


Zia Trust
Custodian for Theda M Witt IRA
6301 Indian School Road NE #800
Albuquerque, NM 87110
```